UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT JONES,<br><br>                    Plaintiff,<br><br>        -against-<br><br>SCOTT M. KEHAN, Commissioner, Office of Child Support Enforcement, et al.,<br><br>                    Defendants. | 1:21-CV-9315 (LTS)<br><br>CIVIL JUDGMENT |

　　　　Pursuant to the orders issued January 3, 2022, and February 22, 2022, dismissing this action,

　　　　IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed. The Court dismisses Plaintiff's claims in which he seeks the discharge of his child-support debt under the *Rooker-Feldman* doctrine or under the domestic-relations abstention doctrine. The Court dismisses Plaintiff's remaining claims for failure to state a claim on which relief may be granted. 28 U.S.C. § 1915A(b)(1).

　　　　The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

　　　　IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:　February 22, 2022
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Laura Taylor Swain
　　　　　　　　　　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge